FILED
FEB 2 0 2020
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

UNITED STATES OF AMERICA,     )
                              )
    Plaintiff,                )
                              )
v.                            )   No. **4:20CR00121 SEP/SPM**
                              )
MARK ANTHONY DAVIS,           )
                              )
    Defendant.                )

## INDICTMENT

### COUNT I

The Grand Jury charges that:

At all times pertinent to the charges in this indictment:

1. Federal law defined the term

(a) "minor" to mean any person under the age of eighteen years (18 U.S.C. § 2256(1));

(b) "sexually explicit conduct" to mean actual or simulated--

   (i) sexual intercourse, including genital-genital, anal-genital, oral-genital, oral-anal, whether between persons of the same or opposite sex,

   (ii) bestiality,

   (iii) masturbation,

   (iv) sadistic or masochistic abuse, or

   (v) lascivious exhibition of the anus, genitals, or pubic area of any person (18 U.S.C. §2256(2)(A));

(c) "computer" to mean an electronic, magnetic, optical, electrochemical or other high speed data processing device performing logical, arithmetic or storage functions, including any

data storage facility or communications facility directly related to or operating in conjunction with such device. (18 U.S.C.§ 2256(6));

(d)     "child pornography" to mean any visual depiction, including any photograph, film, video, picture, or computer or computer-generated image or picture, whether made or produced by electronic, mechanical, or other means, of sexually explicit conduct, where--

    (A)     the production of such visual depiction involves the use of a minor engaging in sexually explicit conduct; or

    (C)     such visual depiction has been created, adapted, or modified to appear that an identifiable minor is engaging in sexually explicit conduct. (18 U.S.C.§2256(8)).

2.   The "Internet" was, and is, a computer communications network using interstate and foreign lines to transmit data streams, including data streams used to store, transfer and receive graphic files.

3.   Between on or about May 19, 2017, and on or about January 16, 2020, in the Eastern District of Missouri, and elsewhere,

**MARK ANTHONY DAVIS,**

the defendant herein, did knowingly employ, use, persuade, induce, entice, "Victim 1," who was a prepubescent minor under the age of 12 years, to engage in sexually explicit conduct, specifically, defendant video recorded "Victim 1" as he digitally penetrated her vagina, inserted his penis into her mouth, attempted to insert his penis into her vagina, inserted his penis into her anus, inserted an object into her vagina, tied her ankles to the foot of the bed, and placed handcuffs on her hands and attached them to the headboard of the bed, and said sexually explicit conduct was for the purpose of producing visual depictions of such conduct, and such depictions were produced using

a video recorder and a Skytech Tower AMD Ryzen computer, which were produced outside the State of Missouri and traveled in interstate;

In violation of Title 18, United States Code, Section 2251(a) and punishable under Title 18, United States Code, Section 2251(e).

                                                A TRUE BILL.

                                                FOREPERSON

JEFFREY B. JENSEN
United States Attorney


ROBERT F. LIVERGOOD, #35432MO
Assistant United States Attorney