IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No.  4:20-CR-00121 SEP SPM |
| | ) |
| MARK ANTHONY DAVIS, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**MOTION FOR PRE-TRIAL DETENTION AND HEARING**

Comes now the United States of America, by and through its attorneys, Jeffrey B. Jensen, United States Attorney for the Eastern District of Missouri, and Robert F. Livergood, Assistant United States Attorney for said District, and moves the Court to order defendant detained pending trial, and further requests that a detention hearing be held three (3) days from the date of defendant's initial appearance before the United States Magistrate pursuant to Title 18, United States Code, Section 3141, et seq.

As and for its grounds, the Government states as follows:

1. Defendant is charged with:

(a) an offense for which a maximum term of imprisonment of ten years or more is prescribed

(b) an offense listed in Title 18, United States Code, Section 2251 (sexual exploitation of children)

2. Accordingly, a rebuttable presumption arises pursuant to Title 18, United States Code, Section 3142(e)(3) that there are no conditions or combination of conditions which will

reasonably assure the appearance of the defendant as required, and the safety of any other person and the community.

      3.      The defendant is a threat to the community. Defendant knowingly employ, use, persuade, induce, entice, a prepubescent minor under the age of 12 years, to engage in sexually explicit conduct.

      WHEREFORE, the Government requests this Court to order defendant detained prior to trial, and further to order a detention hearing three (3) days from the date of defendant's initial appearance.

      Respectfully submitted,

      JEFFREY B. JENSEN
      UNITED STATES ATTORNEY

      */s/ Robert F. Livergood*
      ROBERT F. LIVERGOOD, #35432MO
      Assistant United States Attorney
      Thomas F. Eagleton Courthouse
      111 South Tenth Street, 20th Floor
      St. Louis, Missouri 63102
      (314) 539-2200