Dear Judge Pitlyk, 10/13/23

First of all, I would like to thank you for giving me the opportunity to read my letter today. Before I get started I would like to give my deepest and sincerest apology to those I've hurt and affected by the choices I've made. I have no one to blame but me and I'll have to carry this burden with me for the rest of my life.

I'm not here today to ask the court for leniency. All I'm asking for today is understanding on who I am as a person in general and not the monster I had become. The me that I know and want to remember would go out of my way to help others regardless of the price or personal sacrifices, I want to remember me by my full, loving, caring personality but unfortunately life doesn't work that way and I've got to accept that.

The greatest consequences I face here today are the memories that hunt me every second of every day. What I've done is unthinkable and now I'll have to live with these memories for the rest of my life. I've got no excuse or explanation for what I've done. It was my job to protect my children with my life and to love them with everything I've got to give and I've let them down and that to I've got to live with for the rest of my life and that alone is so heart breaking. I've hurt my children in the worst way possible. I wish so bad that I could go back in time and change that but I can't and I have to live with that. Today I can't ask for forgiveness because

The truth is I can't forgive myself for what I've done, and for me to ask for forgiveness for the pain I've caused would be selfish.

As I sit here today I still can't tell you what the hell I was thinking because that's not who I am, I acted out of character but unfortunately the choices I've made paints a different picture. I can't change whats already been done. All I can do now is find the strength to move forward from here. As I sit here today, I can honestly say I'm not the person I was four years ago. I let hate and anger control my life because I couldn't let go of my past and all the wrong that was done to me when I was a kid. But now its time for me to move forward with my life because the choices that we make define who we are as individuals.

My life hasn't been easy, its been everything but. But now its time for me to let go of my past and start living for today because today is the first day of the rest of my life. I have a long hard road in front of me but I'm willing to do everything in my power to be the best me I can possibly be.

Once again I would like to thank you for giving me the opportunity to read my letter today. And after today I truly hope Kaylie and Lyndsay, Landon and Shayla and anyone else who was affected by the choices I've made can start picking up the pieces and moving forward with their lives, I'm truly sorry for the pain I've caused everyone.

Sincerely,

10/13/23